1

Frank Digges #473881
Stiles Unit
3060 FM 3514
Beaumont, TX - 77705

July 5/2018

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL -9 2018

BY
DEPUTY _____

In Re: Civil Action No: 1:18 CV 94

Clerk: On March 1, 2018 I filed the above civil action with you alleging, among other federal civil rights violations, that my life was in imminent fear of bodily injury and death... You mailed to me on April 27th, 2018 an Initial Partial Filing Fee Order ordering me to pay the initial partial fee of $15.00... This initial partial filing fee was received and acknowledged by you on June 1st, 2018, for which you sent a receipt for on the same day.

I.

On March 16th, 2018 I mailed to the Court a four page letter wrote on I-27 Step 1 grievance forms informing the Court of my inability to write and access the Court due to the Stiles Unit administration not providing me with the ability to obtain the writing materials needed either through the prison system's [Unit] indigency mail program, outside writing material vendors, or through the Stiles Unit Commissary. I sent a copy of this letter to Michael Crow, assistant Warden here at the Stiles Unit. The copy to the Warden was also wrote on the I-27 [and I-28] Step 2 grievance forms.

2

## II

On March 26th, 2018 I also mailed to the Court a package containing 16 Step 1 and Step 2 grievances relevant in this Civil Action. Also, with the grievances, there was a request [Motion] for appointment of Counsel.

## III

Neither the correspondence with the Court on March 16th or March 26th, 2018 has the Court acknowledged or informed me about receiving or having filed with the Court these papers... I would, here, ask the Clerk to please inform me of having received the above papers.

## IV

Since filing this Civil Action March 1st, 2018 the fear of imminent bodily injury and death and risks to my safety [as well as the campaign of harassment and retaliation] has increased and seriously escalated. It will be necessary for me to supplement or amend the original complaint, that is already lengthy with 19 defendants, to include the additional claims, defendants and incidents that have developed and occurred since filing on March 1st. The Court permitting, though I haven't as yet received a date on the anticipated hearing the Court will ultimately set [for a hearing] on these matters, will file a motion with the Court soon to amend or supplement the original complaint.

C.C.
Michael Crow
Assistant Warden

signed: July 5th/2018

Frank Diggs #473881
Plaintiff

Grant Droppa #1473881
Stiles Unit
3060 FM 3514
Beaumont, TX — 77705

NORTH HOUSTON TX 773
06 JUL 2018 PM 5 L

Clerk, United States District Court
for the Eastern District of Texas
300 Willow Street, Suite 104
Beaumont, TX — 77701-2217